# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EUGENE P. GESUALE,

     Respondent

     v.

JENNIFER L. GESUALE,

     Petitioner

:   No. 23 WAL 2022
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.